

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed April 19, 2018**



**United States Bankruptcy Judge**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORTH WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JERRY BARTA, | § | |
| | § | CASE NO.  17-43648-MXM-7 |
| | § | |
| DEBTOR. | § | |
| | § | |

_____

| | | |
|---|---|---|
| WILLIAM T. NEARY, | § | |
| UNITED STATES TRUSTEE, | § | |
|  PLAINTIFF, | § | ADVERSARY NO. 18-04074-MXM |
| | § | |
| v. | § | |
| | § | |
| SETH CROSLAND AND | § | |
| DVH LAW GROUP, LLC., | § | HON. MARK X. MULLIN |
|  DEFENDANTS. | § | |

# ORDER ACCEPTING AGREEMENT BETWEEN THE U.S. TRUSTEE AND SETH CROSLAND

Came on before the Court, the *Agreed Motion for Hearing to Announce Agreement Reached by the Parties* [docket no. 7]. Based on the proffer of Defendant Seth Crosland, the Court finds good cause to accept the United States Trustee's recommendations of sanctions as to Seth Crosland and grant the relief requested. It is therefore,

**ORDERED** that Defendant Seth Crosland pay $1,000 to Jerry Barta, within one year of entry of this order; and it is further

**ORDERED** that Defendant Seth Crosland take six hours of Continuing Legal Education on the subject of Professional Responsibility within one year of entry of this order; and it is further

**ORDERED** that Defendant Seth Crosland is suspended from filing Bankruptcy Cases in the Northern District of Texas Bankruptcy Courts for a period of two years following the entry of this order; and it is further

**ORDERED** that Defendant Seth Crosland must seek leave of the Court before filing another Bankruptcy Case in the Northern District of Texas after the two year suspension has expired.

*###end of order###*

Agreed to by

/s/ Seth Crosland (by S. McKitt with Permission)
Seth Crosland
Attorney for Debtor

/s/ Stephen P. McKitt
Stephen P. McKitt
Trial Attorney, Office of the United States Trustee

Order Prepared by:
Stephen P. McKitt, Trial Attorney
United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-1073